IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA AND WILLIAM J. SANDER, REVENUE OFFICER OF THE INTERNAL REVENUE SERVICE, | ) ) ) ) | |
| Petitioner, | ) ) | NO. 3:07-1158 |
| v. | ) ) | JUDGE HAYNES |
| LARRY E. GIBBONS, | ) ) | |
| Respondent. | ) | |

## ORDER

Upon the Petitioner's notice of dismissal without prejudice (Docket Entry No. 6), this action is **DISMISSED without prejudice**.

It is so **ORDERED**.

**ENTERED** this the 5th day of February, 2008.

WILLIAM J. HAYNES, JR.
United States District Judge